**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH L. HAYNES and
DARENDA A. HAYNES,

      Plaintiffs,

v.                                          CASE NO. 08-10358
                                              HON. LAWRENCE P. ZATKOFF

RYM TECHNOLOGY HOLDINGS, LLC et al.,

      Defendants.
_____/

## ORDER TO REMAND IN PART

Plaintiffs filed their Complaint in the Wayne County Circuit Court on December 7, 2007. Defendants timely removed the action to this Court on January 24, 2008, based on federal-question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1441(c). Plaintiffs' Complaint contains the following five counts:

    Count I        Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961;

    Count II       Fraud;

    Count III      Consumer Protection Act, Mich. Comp. Laws § 445.901;

    Count IV      Cancellation of Mortgage and Sheriff's Deed; and

    Count V       Breach of Contract.

The Court has subject matter jurisdiction over Count I because it arises under federal law. *See* 28 U.S.C. § 1331. Counts II through V, however, are based on state law. Defendants cite 28 U.S.C. § 1441 as grounds for removing Plaintiffs' state-law claims; the Court finds, however, that 28 U.S.C. § 1367 is the appropriate provision governing removal of state-law claims in this matter. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. §

1367(a), the Court may decline to exercise supplemental jurisdiction over state-law claims if there are "compelling reasons for declining jurisdiction." 28 U.S.C. § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiffs' state-law claims in this matter. The Court finds that the contemporaneous presentation of Plaintiffs' parallel state claims for relief will result in the undue confusion of the jury. *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiffs' state-law claims (Counts II through V) are REMANDED to the Wayne County Circuit Court. The Court retains jurisdiction over Plaintiffs' federal claim (Count I).

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 13, 2008.

s/Marie E. Verlinde

Case Manager
(810) 984-3290