For best results use a felt pen

07-732429 CH 12/07/2007
JDG:KATHLEEN MACDONALD
HAYNES KENNETH L
VS
RYM TECHNOLOGY HOLDINGS LLC

## RETURN OF SERV

**TO PROCESS SERVER:** You are to serve the summons and complaint no_____ _____. You mus_ make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notary not required)

OR

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notary required)

☐ I served personally a copy of the summons and complaint,
☒ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with __Demand for Jury Trial; Notice of Lis Pendens__
List all documents served with the Summons and Complaint

_____ on the defendant(s).

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Timothy G. Wegmeyer | P.O. Box 596, Marine City, MI 48039 | Monday, Dec. 17, 2007 |
| | | |
| | | |

☐ After diligent search and inquiry, I have been unable to find and serve the following defendant(s):

I have made the following efforts in attempting to serve the defendant(s): _____

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK
DEC 2 8 2007
BY _____

☐ I have personally attempted to serve the summons and complaint, together with _____ Attachment

on _____ Name

at _____ Address _____ and have been unable to complete service because the address was incorrect at the time of filing.

Signature: _Barbara Bertoski_

| Service fee $ | Miles traveled | Mileage fee $ | Total fee $ |
|---|---|---|---|

Title: _Oakland_

Subscribed and sworn to before me on __Dec. 19, 2007__ _____ County, Michigan.
Date

My commission expires: __11/11/2012__ Signature: _____
Date                                     Deputy court clerk/Notary public  Amy Bernstein

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                        Attachments

on _____
Day, date, time
_____ on behalf of _____
Signature

STATE OF MICHIGAN
THIRD CIRCUIT COURT

**SUMMONS AND RETURN OF SERVICE**

CASE NO. 07-732429 CH 12/07/2007
JDG: KATHLEEN MACDONALD
HAYNES KENNETH L
vs
RYM TECHNOLOGY HOLDINGS LLC



| COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226 | TELEPHONE NO. (313) 224-5225 |

THIS CASE ASSIGNED TO JUDGE: KATHLEEN MACDONALD    Bar Number: 38029

| PLAINTIFF | | DEFENDANT |
| --- | --- | --- |
| HAYNES KENNETH L | PL 01 vs | MEMEYER TIMOTHY G  DF 01 |

PLAINTIFF'S ATTORNEY
MARK W. HAFELI
(P-28908)
4190 TELEGRAPH RD STE 3000
BLOOMFIELD HILLS, MI 48302-3082
248-731-3080

| CASE FILING FEE | JURY FEE |
| --- | --- |
| PAID | PAID |

| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
| --- | --- | --- |
| 12/07/07 | 03/07/08 | STERLING HARKISON |

*This summons is invalid unless served on or before its expiration date.    Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |
| 07716648 | | |

The action ☐ remains  ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date _____    Signature of attorney/plaintiff _____

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangement.

FORM MC 01/01(1/97)    **SUMMONS AND RETURN OF SERVICE**    MC 01 (3-98)
REV. (3-99)    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b); MCR 3.206 (A)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy G. Weymeyer
P.O. Box 596
Marine City, MI 48039

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Tim Weymeyer_    C. Date of Delivery: 12/17/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   *(Transfer from service label)*

   7007 0710 0000 0166 0588

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540