UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KENNETH L. HAYNES and
DARENDA A. HAYNES,

      Plaintiffs

vs.

Case No: 2:08-cv-10358-LPZ-MJH
HON: Lawrence P. Zatkoff

RYM TECHNOLOGY HOLDINGS, LLC, a
Michigan limited liability company, FELIX L.
DANIEL, SR., ANTHONY B. FIELDS,
DERRICK A. BEELER, RAY FLUKER,
FIRST FRANKLIN FINANCIAL CORP.,
subsidiary of NATIONAL CITY BANK OF
INDIANA, a Delaware corporation, NATIONAL
CITY BANK, a foreign banking corporation,
FIFTH THIRD BANK, a federal banking
corporation, SOURCE ONE MORTGAGE
CORPORATION, a Michigan corporation,
LAND OWNERS TITLE AGENCY, INC.,
a Michigan corporation, ROYAL MORTGAGE,
INC., a Michigan corporation, WAYNE SMITH,
ARDRENA SMITH, LYNN E. CARGILL AND
TIMOTHY G. WEGMEYER,

      Defendants.

_____/

| | |
|---|---|
| HAFELI, STARAN, HALLAHAN, CHRIST & DUDEK<br>Mark W. Hafeli (P28908)<br>Attorney for Plaintiffs<br>4190 Telegraph Road, Suite 3000<br>Bloomfield Hills, MI 48302-2082<br>(248) 731-3083 | CLARK HILL<br>William G. Asimakis, Jr. (P46155)<br>Jordan S. Bolton (P66309)<br>Attorney for Defendant First Franklin Financial Corporation<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300 |
| COLLINS, EINHORN, FARRELL & ULANOFF<br>David C. Anderson (P35599)<br>Attorney for Defendant Cargill<br>4000 Town Center, Suite 909<br>Southfield, MI 48075<br>(248) 355-4141 | DEMOREST LAW FIRM<br>Mark S. Demorest (P35912)<br>Michael Dorfman (P60955)<br>Attorneys for Defendant Land Owners Title<br>555 S. Old Woodward Ave., Suite 210<br>Birmingham, Mi 48009<br>(248) 723-5500 |

Lawrence J. Lacey (P52751)
Attorney for Defendants, Wayne and
Andrena Smith
26080 Woodward Ave.
Royal Oak, MI 48067
(248) 584-2170

Daniel J. Dulworth (P41784)
Michael R. Turco (P48705)
Butzel Long
Attorneys for Fifth Third Bank
150 West Jefferson Ave., Ste. 100
Detroit, MI 48226
(313) 225-7000

Timothy G. Wegmeyer  (P36239)
In Pro Per
P.O. Box 596
Marine City, MI 48039
(586) 634-1711

## APPEARANCE OF

## DEFENDANT TIMOTHY G. WEGMEYER

NOW COMES the Defendant, Timothy G. Wegmeyer, and does hereby enter his Appearance In Pro Per in the above matter.

Respectfully Submitted,

_____
Timothy G. Wegmeyer (P36239)
In Pro Per

Dated  July 9, 2008