UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KENNETH L. HAYNES and
DARENDA A. HAYNES,

    Plaintiffs

vs.

RYM TECHNOLOGY HOLDINGS, LLC, a
Michigan limited liability company, FELIX L.
DANIEL, SR., ANTHONY B. FIELDS,
DERRICK A. BEELER, RAY FLUKER,
FIRST FRANKLIN FINANCIAL CORP.,
subsidiary of NATIONAL CITY BANK OF
INDIANA, a Delaware corporation, NATIONAL
CITY BANK, a foreign banking corporation,
FIFTH THIRD BANK, a federal banking
corporation, SOURCE ONE MORTGAGE
CORPORATION, a Michigan corporation,
LAND OWNERS TITLE AGENCY, INC.,
a Michigan corporation, ROYAL MORTGAGE,
INC., a Michigan corporation, WAYNE SMITH,
ARDRENA SMITH, LYNN E. CARGILL AND
TIMOTHY G. WEGMEYER,

    Defendants.

Case No: 2:08-cv-10358-LPZ-MJH
HON: Lawrence P. Zatkoff

FILED
JUL 1 6 2008
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

_____/

| | |
|---|---|
| HAFELI, STARAN, HALLAHAN, CHRIST & DUDEK<br>Mark W. Hafeli (P28908)<br>Attorney for Plaintiffs<br>4190 Telegraph Road, Suite 3000<br>Bloomfield Hills, MI 48302-2082<br>(248) 731-3083 | CLARK HILL<br>William G. Asimakis, Jr. (P46155)<br>Jordan S. Bolton (P66309)<br>Attorney for Defendant First Franklin Financial Corporation<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300 |
| COLLINS, EINHORN, FARRELL & ULANOFF<br>David C. Anderson (P35599)<br>Attorney for Defendant Cargill<br>4000 Town Center, Suite 909<br>Southfield, MI 48075<br>(248) 355-4141 | DEMOREST LAW FIRM<br>Mark S. Demorest (P35912)<br>Michael Dorfman (P60955)<br>Attorneys for Defendant Land Owners Title<br>555 S. Old Woodward Ave., Suite 210<br>Birmingham, MI 48009<br>(248) 723-5500 |

Lawrence J. Lacey (P52751)
Attorney for Defendants, Wayne and
Andrena Smith
26080 Woodward Ave.
Royal Oak, MI 48067
(248) 584-2170

Daniel J. Dulworth (P41784)
Michael R. Turco (P48705)
Butzel Long
Attorneys for Fifth Third Bank
150 West Jefferson Ave., Ste. 100
Detroit, MI 48226
(313) 225-7000

Timothy G. Wegmeyer (P36239)
In Pro Per
P.O. Box 596
Marine City, MI 48039
(586) 634-1711

## PROOF OF MAILING

I, Timothy G. Wegmeyer, state that on the 14th day of July, 2008, I served a copy of Defendant, Timothy G. Wegmeyer's Answer to Complaint, Affirmative Defenses, and Proof of Mailing upon the following:

Mark W. Hafeli, Esq.
Hafeli Staran Hallahan Christ & Dudek, P.C.
4190 Telegraph Road, Ste. 3000
Bloomfield Hills, MI 48302-2082

CLARK HILL
William G. Asimakis, Jr. (P46155)
Jordan S. Bolton (P66309)
500 Woodward Avenue, Suite 3500
Detroit, MI 48226

COLLINS, EINHORN, FARRELL & ULANOFF
David C. Anderson (P35599)
4000 Town Center, Suite 909
Southfield, MI 48075

DEMOREST LAW FIRM
Mark S. Demorest (P35912)
Michael Dorfman (P60955)
555 S. Old Woodward Ave., Suite 210
Birmingham, Mi 48009

Lawrence J. Lacey
26080 Woodward Ave
Royal Oak, MI 48067

Daniel J. Dulworth
Michael R. Turco
Butzel Long
150 West Jefferson Ave., Ste. 100
Detroit, MI 48226

by placing same with the United States Postal Service with proper postage affixed thereto and sent to the addresses given above.

I declare that the above is true and correct to the best of my knowledge, information and belief.

Timothy G. Wegmeyer

Dated: July 14, 2008

2